## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ROBERT NELSON HOWELL**  **PETITIONER**
Reg. #09232-026

v.  Case No. 2:13-cv-00055 KGB

**ANTHONY HAYNES, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**  **RESPONDENT**

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere (Dkt. No. 4); has considered Mr. Howell's objections to the Recommendation (Dkt. No. 5); and has reviewed *de novo* the record and those portions of the Recommendation to which Mr. Howell objects. After careful consideration, this Court adopts the Recommendation as its own. Robert Nelson Howell's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 1).

IT IS SO ORDERED this 15th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE