# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**ROBERT NELSON HOWELL**                                                                                **PETITIONER**
**Reg. #09232-026**

v.                                  Case No. 2:13-cv-00055 KGB

**ANTHONY HAYNES, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Robert Nelson Howell's 28 U.S.C. § 2241 petition for writ of habeas corpus is dismissed without prejudice.

DATED this 15th day of October, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE